```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eliezer Rivera,

                Plaintiff,

-against-

Yanier Gonzalez-Espinoza and M & C Freight, LLC,

                Defendants.

1:20-cv-09131 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Court's July 13, 2022 Order (ECF No. 36) the deadline for the completion of all discovery was August 31, 2022. It is hereby Ordered that, no later than September 13, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to be referred to mediation and/or whether any party intends to file a dispositive motion.

**SO ORDERED.**

DATED:      New York, New York
                September 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge