UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

RIVERA,

                Plaintiff,

-against-                              20-CV-9131 (LAK)(SDA)

GONZALEZ-ESPINOZA, et al.,

                Defendants.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-23-2022

**SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Pursuant to the parties' joint status letter filed on December 20, 2022 informing the Court that they were unable to reach a settlement at this juncture, the parties shall file a proposed joint pretrial order that fully complies with the individual requirements of the undersigned on or before January 23, 2023.

SO ORDERED.

Dated:       December 23, 2022

                                                              Lewis A. Kaplan
                                                      United States District Judge