# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-2023
```

January 20, 2023

Via ECF
Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
500 Pearl Street-Courtroom 21B
New York, New York 10007

Re: Rivera v. Gonzalez-Espinoza et al Joint Status Letter
Docket Number: 1:20-cv-09131-LAK-SDA

Honorable Kaplan,

Please allow this letter to serve as a joint letter application by the parties requesting a brief extension of time to complete their proposed joint pretrial Order which is presently due on or before January 23, 2023, pursuant to Your Honor's December 23, 2023 Order.

The parties have met and conferred and have been working on the proposed joint-pre-trial order with no issues amongst the parties. However, both counsel for plaintiff and defendants' each became ill in the last several weeks, which unfortunately required absences from work. The parties have diligently been working with one another since each returning, and have made commitments to one another to continue working together this coming weekend. However, due to the significant volume of discovery that was conducted over the course of this litigation that the parties are going through together, it is respectfully requested that the parties be allowed a 1-week extension of time, from January 23, 2023 to January 30, 2023 to submit their joint pre-trial Order.

Both plaintiff's and defendants' counsel thank Your Honor for your attention and consideration to this matter.

_____
MICHAEL W. MAHAN FOR PLAINTIFF
William Schwitzer & Associates P.C.
820 Second Avenue-10th Floor
New York, New York 10017
(212) 683-3800
mmahan@wsatlaw.com

_____
ATASIA RICHARDSON FOR DEEFENDANTS
Abrams Gorelick Friedman & Jacobson, LLP
One Battery Park Plaza-4th Floor
New York, New York 10004
(212) 422-1200
ARichardson@agfjlaw.com

Granted.
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
1/20/2023