UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIEZER RIVERA,<br><br>               Plaintiff,<br><br>-against-<br><br>YANIER GONZALEZ-ESPINOZA and<br>M & C FREIGHT, LLC.,<br><br>               Defendants. | No. 20-CV-9131 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall identify Dr. Thomas M. Kolb listed as witness number nine at page eight of the proposed joint pre-trial order.

**SO ORDERED.**

Dated:    November 20, 2023
           New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge